UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61437-CIV-DIMITROULEAS

ZEPHYRIN VICTOR,

      Plaintiff,

vs.

EL TIESTO CAFE GROUP CORP,
A FLORIDA CORPORATION,

      Defendant.

_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING IN PART MOTIONS

THIS CAUSE is before the Court upon Plaintiff's Motion for Bill of Costs, [DE 32], filed January 29, 2026, and Plaintiff's Motion for Attorney's Fees and Non-Taxable Expenses and Costs, [DE 34], filed March 2, 2026, and the Report and Recommendation of Magistrate Patrick M. Hunt (the "Report") [DE 36], issued on July 24, 2026. The Court has reviewed the Motions [DEs 32, 24], the Report, and the record, and is otherwise fully advised in the premises.

No objections to the Report [DE 36] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 36] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 36] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 36] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion for Bill of Costs, [DE 32] is **GRANTED IN PART** and **DENIED IN PART** such that Plaintiff is awarded $515.50 in taxable costs. The Motion for Bill of Costs is otherwise **DENIED**.

3. Plaintiff's Motion for Attorneys Fees, [DE 34] is **GRANTED** such that Plaintiff is awarded attorney's fees in the amount of $6,417.50 and non-taxable expenses in the amount of $1,500.00.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record